JL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Caballero-Gonzalez, | No.    CV-26-02291-PHX-DWL (MTM) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| John E. Cantu, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention.  (Doc. 1.)[1]  As alleged, Petitioner entered the United States in March 2016 and, after a short period of detention, was released on her own recognizance pending her immigration proceedings.  On November 7, 2025, Petitioner was re-detained by Customs and Border Protection officials without a pre-deprivation hearing.  Petitioner seeks release from custody.

Respondents must show cause why the Petition should not be granted.  Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

…

---

[1]    Petitioner also filed a Motion for Temporary Restraining Order (Doc. 2).  Because the Court is directing Respondents to promptly show cause why the Petition should not be granted, the Court finds Petitioner is not entitled to preliminary relief at this juncture. Therefore, the Court will deny the Motion without prejudice.

**IT IS ORDERED:**

(1)    Petitioner's Motion for Temporary Restraining Order (Doc. 2) is **denied without prejudice**.

(2)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(3)    If not already issued, the Clerk of Court must issue any properly completed summonses.

(4)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5)    Respondents must show cause no later than **April 10, 2026**, why the Petition should not be granted.

(6)    Petitioner may file a reply no later than **April 14, 2026**.

Dated this 3rd day of April, 2026.

_____
Dominic W. Lanza
United States District Judge

- 2 -