**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Diana Caballero-Gonzalez, | No. CV-26-02291-PHX-DWL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

Good cause appearing,

**IT IS ORDERED** that:

1.   Respondents' extension request (Doc. 9) is **granted**.

2.   The deadline for Respondents to respond to the OSC is extended to **April 13, 2026**. The deadline for Petitioner to file a reply is extended to **April 16, 2026**.

Dated this 13th day of April, 2026.

_____
Dominic W. Lanza
United States District Judge