# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Diana Caballero-Gonzalez,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-02291-PHX-DWL (MTM)

**ORDER**

Petitioner challenges her immigration detention, arguing she was released on her own recognizance pending her immigration proceedings and was redetained without any due process. (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 6.)  Respondents' response states:

> The undersigned is unable to ascertain fact [sic] sufficient to establish that Petitioner was detained pursuant to the procedures established by law. Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 11.)  The Court accepts this concession as non-opposition to granting Petitioner's request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for release from custody.  The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 14th day of April, 2026.

_____
Dominic W. Lanza
United States District Judge